# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| SAM DUNCAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CAPITAL ONE BANK (USA) N.A.<br><br>　　　　Defendant. | **Case No. 4:18-cv-00177-JEG-HCA**<br><br>Assigned to District Judge James E. Gritzner; Referred to Magistrate Judge Helen C. Adams |

## NOTICE OF SETTLEMENT

　　Plaintiff SAM DUNCAN notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

　　Respectfully submitted the 10th day of January 2019.

　　　　　　　　　　　　　　　　　By: */s/ Alyson J. Dykes*
　　　　　　　　　　　　　　　　　Alyson J. Dykes
　　　　　　　　　　　　　　　　　Admitted *pro hac vice*
　　　      　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　SAM DUNCAN

## CERTIFICATE OF SERVICE

I certify that on January 10, 2019 I filed Plaintiff Sam Duncan's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Elizabeth Jane Carter
FAEGRE BAKER DANIELS, LLP (IA)
801 Grand Avenue
33rd Floor
Des Moines, IA 50309-8011
515-447-4705
Fax: 515-248-9010
Email: elizabeth.carter@faegrebd.com

*/s/ Alyson J. Dykes*
Alyson J. Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, California 92880
T: (657) 500-4317
E: Alysond@jlohman.com
Attorney for Plaintiff,
SAM DUNCAN